**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| L.H., et al., | ) | No. CV 12-1408-SS |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| CHINO VALLEY UNIFIED SCHOOL DISTRICT, | ) | |
| Defendant. | ) | |

For the reasons stated in the Memorandum Decision and Order Granting Defendant's Motion to Dismiss, IT IS ADJUDGED that Defendant's Motion To Dismiss is GRANTED in its entirety and that the above-captioned action is dismissed with prejudice.

DATED: May 10, 2013

_____/S/_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE